**From:** USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
**To:** SMERCH2222 <SMERCH2222@aol.com>
**Subject:** U.S. Bankruptcy Court, Southern District of Texas - Undeliverable Notice, In re: Pfeiffer Electric Co., Inc., Case Number: 11-34447, lzp, Ref: [p-67637166]
**Date:** Wed, Apr 16, 2014 12:11 pm
**Attachments:** B_P41134447pdf0010120.PDF (133K)

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

April 17, 2014

From: United States Bankruptcy Court, Southern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Pfeiffer Electric Co., Inc., Case Number 11-34447, lzp

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

**NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

4
**United States Bankruptcy Court
PO Box 61010
Houston, TX 77208**

---

Undeliverable Address:
Tranzon

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

P.O. Box 1146
CYPRESS, TX 77429

Undeliverable Address:
Elmer Pfeiffer
508 Donaldson Street
La Porte, Texas 77571

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2601 S BROADWAY ST APT 76, LA PORTE TX 77571-6574 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

2601 S. BROADWAY ST. APT. 76
LA PORTE, TX 77571-6574

Undeliverable Address:
Pfeiffer Electric Co., Inc.
508 Donaldson
La Porte, Texas 77571

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1040 W CAMERON AVE APT 17, ROCKDALE TX 76567-2780 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

1040 W. CAMERON AVE. APT. 17
ROCKDALE, TX 76567-2780

_____     4/22/2014
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.